JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>  Plaintiff,<br><br>  v.<br><br>JROD INVESTMENTS, LLC, a California Limited Liability Company; and Does 1-10,<br><br>  Defendants. | Case: 5:14-CV-01678-VAP-KK<br><br>**ORDER** |

**ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 4/28/15

*/s/ Virginia A. Phillips*
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT COURT JUDGE

1